COPELAND *v.* SECRETARY OF STATE.

No. 1041, Misc. Decided June 22, 1964.

*Leonard B. Boudin* and *Victor Rabinowitz* for appellant.

*Solicitor General Cox* for appellee.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* is granted. The judgment is vacated and the case is remanded to the District Court for consideration in light of *Aptheker* v. *Secretary of State, ante,* p. 500.

MR. JUSTICE CLARK, MR. JUSTICE HARLAN and MR. JUSTICE WHITE would affirm the judgment.